# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Steve L. Demars,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 10-3432-CV-S-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On March 31, 2011, this Court ordered plaintiff to show cause [Doc. 4] why this matter should not be dismissed for failure to exhaust administrative remedies as set forth in defendant's motion to dismiss [Doc. 3]. In response to the show cause order, plaintiff filed a motion to dismiss without prejudice on April 7, 2011 [Doc. 5]. Defendant filed no response to plaintiff's motion to dismiss without prejudice. Accordingly, it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees.

                                                        */s/ John T. Maughmer*
                                                   **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**